UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VORDERBRUEGGE,<br>Plaintiff,<br>v.<br>WAL-MART ASSOCIATES, INC.,<br>Defendant. | Case No. 1:26-cv-03846-KES-CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO PROSECUTE AND TO OBEY COURT ORDERS<br><br>Doc. 13 |

Plaintiff David Vorderbruegge initiated this action by filing a complaint against Defendant Wal-Mart Associates, Inc. in state court on April 15, 2026, before Defendant removed the case to this Court on May 18, 2026. Doc. 1.

After the parties failed to comply with the Court's order to timely file a joint scheduling conference statement in advance of the scheduling conference (*see* Doc. 5), on August 13, 2026, the assigned magistrate judge vacated and reset the scheduling conference for September 3, 2026, and ordered Plaintiff to show cause in writing no later than August 17, 2026, why sanctions should not be imposed for his failure to comply with the Court's order to timely file a joint scheduling conference statement. Doc. 8. The magistrate judge noted that counsel for Plaintiff was served via CM/ECF with a copy of the Court's case opening documents, including the order requiring him to file a joint scheduling conference statement, but nevertheless had failed to comply. The magistrate judge admonished Plaintiff that any failure to timely respond to

and comply with the show cause order would result in the imposition of sanctions, including financial sanctions and/or a recommendation to dismiss the action. *Id.*

After Plaintiff failed to file any response to the Court's show cause order, and the time to do so expired, on August 18, 2026, the magistrate judge issued findings and recommendations to dismiss the action without prejudice for Plaintiff's failure to prosecute the action and to comply with the Court's orders. Doc. 13. The Court served the findings and recommendations on Plaintiff and notified him that any objections were due within 14 days. *Id.* at 4-5. No objections were filed and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on August 18, 2026, Doc. 13, are ADOPTED IN FULL.
2. This action is DISMISSED without prejudice for Plaintiff's failure to comply with the Court's orders and to prosecute this action. *See* Local Rule 110.
3. The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: September 6, 2026

UNITED STATES DISTRICT JUDGE